JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRIANA GUERRERO, | Case Number: 8:16-cv-01588-JLS-RAOx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MD COLLECTIONS, INC., | |
| Defendant | |

On December 1, 2016, the Court granted Plaintiff Briana Guerrero's Motion for Default Judgment as to liability against Defendant MD Collections, Inc. for violations of the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act.  (Doc. 15.)  The Court granted in part Guerrero's request for damages, attorneys' fees, and costs.  (*Id.*)

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Final judgment is entered in favor of Guerrero and against MD Collections for the foregoing claims.

2. Guerrero is awarded statutory damages of $1,000.00, attorneys' fees of $3,000.00, and costs to be determined by the Court Clerk.

3. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

4. There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Judgment is entered forthwith and without further notice.

Dated: December 1, 2016

Honorable Josephine L. Staton
United States District Judge